# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD SMITH, | Civil Division |
| Plaintiff, | No. 10-898 |
| vs. | Chief Judge Lancaster |
| CRAFTON HOLDINGS, L.P. and FIRST NJ ASSET MANAGEMENT, LLC, | |
| Defendants. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice.

Respectfully submitted,

| | |
|---|---|
| /S/ Charles H. Saul | /S/ Samuel J. Cordes |
| Charles H. Saul | Samuel J. Cordes |
| Kyle T. McGee | Pa.I.D. No. 54874 |
| | |
| Pa.I.D. No. 19938 (Saul) | Samuel J. Cordes & Associates |
| Pa.I.D. No. 205661 (McGee) | 245 Fort Pitt Boulevard |
| | Pittsburgh, PA 15222 |
| Margolis Edelstein | (412) 471-8500 |
| 525 William Penn Place | |
| Suite 3300 | Attorney for Plaintiff |
| Pittsburgh, PA 15219 | |
| (412) 281-4256 | |

Attorneys for Defendants

SO ORDERED, this 17th day of December, 2010.

_/s/ Gary L. Lancaster_, C.J.

Hon. Gary L. Lancaster, Chief U.S. District Judge